# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEX MUNOZ, | ) | 1:04cv6322 REC DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 15) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On September 26, 2005, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be DENIED and that JUDGMENT be entered for Defendant. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. On October 11, 2005, Plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 26, 2005, is ADOPTED IN FULL;

2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security is DENIED; and

3. JUDGMENT is entered for Defendant.

IT IS SO ORDERED.

Dated: November 15, 2005          /s/ Robert E. Coyle
668554                            UNITED STATES DISTRICT JUDGE

2